United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANETTA GUIDRY LEWIS, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-CV-00844 |
| § | |
| CITY OF HOUSTON, *et al.*, § | |
| *Defendants.* § | |

# ORDER

Plaintiff's Motion for Extension of Time to Serve One Defendant (Doc. No. 17) was superseded by the Corrected Motion for Extension of Time. (Doc. No. 18). Therefore, the original motion is **DENIED** as moot.

Plaintiff has responded to the Motions to Dismiss. (Doc. No. 30). Therefore, Plaintiff's Motion for Extension of Time to Respond (Doc. No. 25) is also **DENIED** as moot.

Defendants City of Houston and Chief Troy Finner filed a Motion to Dismiss the Original Complaint. (Doc. No. 10). That Complaint has now been superseded by the First Amended Complaint. (Doc. No. 13). Therefore, Defendants' Motion to Dismiss the Original Complaint (Doc. No. 10) is **DENIED** as moot.

SIGNED at Houston, Texas this 21st day of October, 2022.

Andrew S. Hanen
United States District Judge